AO 455(Rev. 5/85) Waiver of Indictment

FILED
AUG 2 7 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

SISOUVANH MOUNLASY,
aka "Jay"

WAIVER OF INDICTMENT

CASE NUMBER: 08CR2519-JM

I, SISOUVANH MOUNLASY, the above named defendant, who is accused of

Count One of an Information–A violation of Title 18, United States Code, Sections 371 and 2; namely conspiracy to commit violations of Title 18, United States Code, Sections 1167(b), 1952, 2314 and 2315;

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court, on __8-27-08__, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
SISOUVANH MOUNLASY
Defendant

_____
STEVEN P. WHITE
Counsel for Defendant

Before ___W. McCurine Jr.___
JUDICIAL OFFICER