18 / Gambling
18: 1952

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )

vs )

Sisouvanh Mounlasy )

)

CASE NUMBER O8CR2519-JM

ABSTRACT OF ORDER

Booking No._____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of_____ 8/27/08 _____

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

___X___ Defendant released on $_____O/R_____ bond posted.

___X___ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____

Deputy Clerk

Received_____
DUSM

Crim-9    (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY