| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | JOSEPH K. WHEATLEY |
| | Special Assistant United States Attorney |
| 3 | Trial Attorney, U.S. Department of Justice |
| | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
| | Telephone: (619) 557-6882 c/o Stephanie Delgadillo |
| 5 | Email Joe.Wheatley@usdoj.gov |
| | Attorneys for Plaintiff |
| 6 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08-CR-2519-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| SISOUVANH MOUNLASY, | ) | |
| aka "Jay," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

**Robert Tully**, SAUSA, Robert.Tully@usdoj.gov

//

1 | Effective this date, the following attorneys are no longer associated with this case and
2 | should not receive any further Notices of Electronic Filings relating to activity in this case (if the
3 | generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):
5 | <u>Name</u>
6 | None
7 |
8 | Please call me if you have any questions about this notice.
9 | DATED: August 28, 2008.
10 |
11 | Respectfully submitted,
12 | KAREN P. HEWITT
    | United States Attorney
13 |
14 | s/ Joseph K. Wheatley
    | _____
15 | JOSEPH K. WHEATLEY
    | Special Assistant United States Attorney
16 | Trial Attorney, U.S. Department of Justice
    | Attorneys for Plaintiff
17 | United States of America
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 | 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Criminal Case No.  08-CR-2519-JM |
|                                                              ) | |
|                   Plaintiff,                      ) | |
|                                                              ) | |
|             v.                                          ) | <u>CERTIFICATE OF SERVICE</u> |
|                                                              ) | |
| SISOUVANH MOUNLASY,         ) | |
|                   aka "Jay,"                     ) | |
|                                                              ) | |
|                   Defendant.                   ) | |
|                                                              ) | |
|  _____ ) | |

IT IS HEREBY CERTIFIED THAT:

I, JOSEPH K. WHEATLEY, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.         **Steve White; 101 West Broadway; Suite 1950; San Diego, CA 92101**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    1.         **None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2008.

                                                                          <u>s/ Joseph K. Wheatley</u>
                                                                          JOSEPH K. WHEATLEY