| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | JOSEPH K. WHEATLEY |
| | Special Assistant United States Attorney |
| 3 | Trial Attorney, U.S. Department of Justice |
| | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
| | Telephone: (619) 557-6882 c/o Stephanie Delgadillo |
| 5 | Email Joe.Wheatley@usdoj.gov |
| | Attorneys for Plaintiff |
| 6 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-2519-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNOPPOSED MOTION REGARDING |
| | ) | NOTICE OF RELATED CASE |
| SISOUVANH MOUNLASY, | ) | |
| aka "Jay," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The UNITED STATES hereby files this Unopposed Motion Regarding Notice of Related Case. Steven White, Attorney for SISOUVANH MOUNLASY, has no objection to the Motion. The government respectfully moves the Court to take notice that the above-entitled case is related to United States v. Phuong Quoc Truong, et al., Criminal Case No. 07-CR-1312-JAH. Pursuant to a signed Plea Agreement, both parties agree that this case is related to Criminal Case No. 07-CR-1312-JAH, because the defendant's case is a part of the conspiracy alleged in Criminal Case No. 07-CR-1312-JAH. Both parties further agree that the government would file a Notice of Related Case, which is being filed contemporaneously.

DATED: August 28, 2008.

    Respectfully submitted,
    KAREN P. HEWITT
    United States Attorney

    s/ Joseph K. Wheatley
    JOSEPH K. WHEATLEY
    Special Assistant U.S. Attorney
    Trial Attorney, U.S. Department of Justice

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08-CR-2519-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| SISOUVANH MOUNLASY, | ) | |
|     aka "Jay," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, JOSEPH K. WHEATLEY, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of **UNOPPOSED MOTION REGARDING NOTICE OF RELATED CASE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.        **Steven White; 101 West Broadway; Suite 1950; San Diego, CA 92101**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    1.        **None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2008.

                                                      s/ Joseph K. Wheatley
                                                      JOSEPH K. WHEATLEY