UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08-CR-2519-JM |
|---|---|
| Plaintiff, | ) ORDER CONTINUING SENTENCING DATE AND EXCLUDING PERIOD OF TIME FROM SPEEDY TRIAL ACT CALCULATIONS |
| v. | |
| SISOUVANH MOUNLASY | |
| Defendant. | |

This matter has come before the Court upon the Government's Unopposed Motion to Continue Sentencing Date and Exclude Time from Speedy Trial Act Calculations.

GOOD CAUSE APPEARING, the Court grants the Motion and vacates the currently scheduled sentencing hearing date of November 14, 2008. The Court resets the sentencing hearing date for ***April 24, 2009, at 9:00 a.m.*** The Court is considering the plea agreement and therefore finds excludable time until April 24, 2009.

DATED: October 30, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge