# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.  08-cr-2519-JM |
| Plaintiff, ) | ORDER DENYING EX-PARTE APPLICATION FOR EXTRAORDINARY INVESTIGATOR FEES |
| v. ) | [Docket No. 28] |
| SISOUVANH MOUNLASY, ) | |
| Defendant. ) | |

Defendant's Ex-Parte Application for Order Authorizing Extraordinary Investigator Fees and Expenses [Docket No. 28] is hereby DENIED without prejudice to a further application detailing the request.

IT IS SO ORDERED.

DATED: February 10, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge